

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00107-CR

Robert **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Jefferson Moore, Judge Presiding

## O R D E R

On June 6, 2018, Mr. Martinez, acting pro se, filed a motion requesting a copy of the appellate record in Appeal No. 04-18-00107-CR. Mr. Martinez does not have an active case before this court. Appeal No. 04-18-00107-CR was dismissed for lack of jurisdiction on March 14, 2018. See Moreno v. State, No. 04-18-00107-CR (Tex. App.—San Antonio March 14, 2018, no pet.). Accordingly, Mr. Martinez's request for a copy of the appellate record is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court